**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Shawn C. McGuire,** | Chapter 13 |
| Debtor. | Bky. No. 17-14056 (PMM) |
| **Shawn C. McGuire,** | |
| Plaintiff. | Adv. No. 24-0086 (PMM) |
| v. | |
| **Nationstar Mortgage, LLC,** | |
| Defendant. | |

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

**AND NOW**, upon consideration of the Plaintiff's Motion for Default Judgment (doc. #4, the "Motion"):

AND this Adversary Proceeding having been filed on June 12, 2024;

AND no Answer or responsive pleading having been filed;

AND the Motion seeking relief by default pursuant to F.R.C.P. 55(b)(1);

BUT the Plaintiff having failed, prior to filing the Motion, to obtain the entry of default from the Clerk's Office, see Rule 55(a); In re JRA 222, Inc., 365 B.R. 508, 513 (Bankr. E.D. Pa. 2007);

It is hereby **ordered** that:

1. The Motion is **denied without prejudice**; and

2. The Plaintiff must take steps to prosecute this action on or before **August 2, 2024** or this Adversary Proceeding may be **dismissed** without further notice or hearing.

*Patricia M. Mayer*

**Date: 7/18/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**